UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYZA CARBALLO**                                                                                              **CIVIL ACTION**

**VERSUS**                                                                                                                **NO. 06-7259**

**STATE FARM FIRE AND CASUALTY CO.**                                                   **SECTION "K"(3)**

### ORDER

    L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the Motion to Remand to State Court and For Attorney's Fees (Rec.Doc.No. 3) set for hearing on November 29, 2006, has been timely submitted.

    Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit with respect to the remand motion. However, the Court will not award attorney's fees. Accordingly,

    **IT IS ORDERED** that the motion is **GRANTED** with respect to the remand, but not with respect to the attorney's fees, and this proceeding is **REMANDED**  to state court.

    New Orleans, Louisiana, on this  18th  day of December, 2006.

                                               **STANWOOD R. DUVAL, JR.**
                               **UNITED STATES DISTRICT COURT JUDGE**